**United States District Court**

**Eastern District Of New York**

-------------------------------------------------------------------------X          Pro Se

Jamil Jabji,                                                                                         **COMPLAINT**

                              **Plaintiff,**              **V.**                              **INDEX NO.**


**UNISEX PALACE OF STATEN ISLAND, Inc,**

**and/or any other entities affiliated with or controlled**

**and FRANCESCO RINALDI**


Plaintiff Jamil Jabji alleges against Defendants Unisex Palace of Staten Island, Inc. (Unisex Palace),

and/or any other entities affiliated with or controlled and Francesco Rinaldi ("Rinaldi") and (2)

Francesco Rinaldi as follows:

## PRELIMINARY STATEMENT

1. This is a civil action seeking monetary relief, injunctive relief, compensatory and punitive

   damages, disbursements, costs and fees for violations of Plaintiff's constitutional and statutory civil

   rights, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (as

   amended) ("Title VII**"), New York Executive Law § 296 et seq., and New York City

   Administrative Code § 8-107 et seg.

2. Plaintiff Jamil Jabji is an Arab/Muslim barber who had been employed by Defendants Unisex

   Palace from 2003 until February 4th, 2024. Plaintiff was transferred to Beauty Touch by Rinaldi

   (who owns both) in that time in May 2009 and was transferred again on March 2nd, 2016 after he

   got suspended for two month in retaliation of Greg arrest.

3. During his employment at Unisex Palace and Beauty Touch, Plaintiff has worked diligently as a barber.

4. However, Plaintiff has suffered employment discrimination, disparate treatment and a severely hostile work environment and violence on the basis of his race, religion and ethnicity while employed with Defendants.

5. Plaintiff has also suffered an increased hostile work environment in retaliation for filing a charge with the Equal Employment Opportunities Commission on or around November 26, 2024.

6. As a result of Defendant's conduct, Plaintiff suffered severe mental anguish, stress and anxiety from the hostile work environment.

## JURISDICTION

7. Plaintiff's claims arise under 42 U.S.C. § 2000e et seq. of Title VII and 42 U.S.C. § 2000d of Title VI. The jurisdiction of this Court over Plaintiff's claims is based on 42 U.S.C. § 2000e-5(f)(3); 28 U.S.C. §§ 1331 and 1343.

8. This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367, as Plaintiff's federal and state law claims arise from a common nucleus of operative facts and are so intertwined as to make the existence of supplemental jurisdiction over the state law claims appropriate.

9. Venue in the Eastern District of New York is proper under 28 U.S.C. § 1391, because this is the district in which all of the events giving rise to the causes of action took place and where Defendant has its principal place of business.

10. Prior hereto, on November 26, 2024, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), Charge No.: 520-2025-01300, against Unisex Palace, Inc. and Francesco Rinaldi

2

11. On May 27, 2025, a Notice of Right-to-Sue was issued by the EEOC with regard to this Charge, and received by portal and email only on June 16, 2025 The Plaintiff brings this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter issued by the EEOC, a true and accurate copy of which is attached hereto.

## **PARTIES**

12. Plaintiff Jamil Jabji is an individual residing at 763 Second Floor, Staten Island, New York 10308.

13. Defendant Unisex Palace of Staten Island is corporation organized and existing under the laws of the State of New York with its principal place of business at 2655 Richmond Avenue, Staten Island, NY 10314 (Staten Island Mall).

14. Defendant Francesco Rinaldi is an individual and Chairman or Chief Executive Officer of Unisex Palace at 2655 Richmond Avenue, Staten Island, NY 10314.

## **FACTS**

Defendant Rinaldi owned Unisex Palace and Beauty Touch until the end of 2015

15. Defendant Rinaldi owned and managed and operated both of these entities until he closed both shops at the end of 2015, and upon information and belief, Rinaldi owns, manages and operates Both of them

16. In the beginning of 2016, Rinaldi opened a new, bigger unisex salon and named it Unisex Palace of Staten Island.

17. Plaintiff is a Muslim and Arab of Palestinian descent who began working with Unisex Palace in 2003 as a barber.

18. Plaintiff's co-workers are mostly ethnically Italian, Albanian and Russian and religiously Christian or atheist. Rinaldi is an Italian Christian.

3

19.     On or around May 2009, Plaintiff was transferred from Unisex Palace to Beauty Touch by Rinaldi, and was transferred again after he was suspended for more than two months in retaliation of Greg arrest.

### Employment at Unisex Palace

20.     Since Plaintiff began his employment, non-Muslim and non-Arab co-workers have constantly and consistently exposed Plaintiff to a hostile work environment based on his race, religion and ethnicity. When the workers learned through Janet that Plaintiff is Arab Muslim, Flavia (Italian manager) said to Plaintiff: "this place is not for you, look for another shop".

21. In particular, Plaintiff suffered abuse from an Albanian co-worker named Fatmir Jani.

22.     In or around 2008, Mr. Jani told an Albanian customer, "why do you go to him [referencing Plaintiff], he's an Arab. Come to me, I'm Albanian."

23. Mr. Jani routinely made such comments towards Plaintiff.

24.     On one occasion, Mr. Jani approached Plaintiff menacingly as if to start a fight. Coworkers broke up the scene as Plaintiff did not react.

25.     On or around January 2009, Mr. Jani violently shoved Plaintiff in the chest. Coworkers again had to restrain Mr. Jani.

26.     Wafa, Arabic-Christian co-worker, one day we were talking, she said to the Plaintiff: "I don't like Muslim, especially Egyptian".

27.     Plaintiff reported the incidents of verbal and physical harassment to Rinaldi, but Rinaldi never took any action to discipline Mr. Jani or Wafa

28.     Upon information and belief, everyone at Unisex Palace was aware that Mr. Jani had violent propensities and that he had made discriminatory, derogatory and threatening remarks to Plaintiff. However, Rinaldi did not take any action.

4

29.     Matters escalated on or around May 9, 2009, when Mr. Jani physically lunged at Plaintiff with a pair of scissors in hand. The husband of a co-worker and a customer were able to restrain Mr. Jani, but not before he had struck Plaintiff's left arm.

30. Plaintiff notified the police and Mr. Jani was arrested at Unisex Palace.

31. Rinaldi took no action to terminate or even discipline Mr. Jani.

32.     Instead, Rinaldi suspended Plaintiff and prevented him from working and collecting any tips for one week.

33. Rinaldi allowed Mr. Jani to return to work at Unisex Palace with no repercussions.

34.     In addition to Mr. Jani, Plaintiff also suffered a hostile work environment from other employees at Unisex Palace.

35. On or around January 2009, a co-worker named Alicia called Plaintiff a "piece of Arab shit."

36.     On or around March 18, 2009, Plaintiff was standing in front of the shop awaiting his next customer, Alicia told him "get out of here, you piece of shit" and "go, go pray" [referencing Plaintiff's religious practice].

37.     On or around May 29, 2009, instead of protecting Plaintiff from a hostile work environment and taking action against the perpetrators, Rinaldi transferred Plaintiff to Beauty Touch.

38. The transfer was in retaliation to Plaintiff pressing charges for assault against Mr. Jani.

**Employment at Beauty Touch**

39.     Plaintiff continued to suffer harassment from co-workers at Beauty Touch based on his race, religion, ethnicity and national origin, which still continues to the present day.

40.     A co-worker named Bennie created a hostile work environment towards Arabs when he spit on the ground and cursed "piece of shit Arabs" to another Arab co-worker.

41.    On or around October 14, 2009, named Bennie began making derogatory comments about Plaintiff to other employees in Plaintiff's close proximity.

42.    On or around February 16, 2010, Bennie stated to other employees in Plaintiff's presence that "he [Mr. Jani] doesn't have papers. If they deport him, I'm going to kill him (Plaintiff."

43.    On or around April 2010, Mr. Jani's most recent court date related to this assault charge, Bennie threatened that he and others would wait until the prosecution dropped the case against Mr. Jani to decide what to do with Plaintiff.

44.    On or around September 2009, Plaintiff complained to Rinaldi about these and other incidents by co-workers targeting him based on his race, religion and ethnicity.
Rinaldi told Plaintiff not to talk about religion. When Plaintiff informed him that he was not talking about religion but was being harassed and assaulted because of his religion, Rinaldi replied by saying, "this is a free country."

45.    On or around April 12, 2010, an Italian employee named Rizzo said in the presence of Plaintiff, other employees and customers, "hey should put them (Muslims] in a boat and send them back or hang them." He then looked at Plaintiff and made a cut throat gesture.

46. The incident caused Plaintiff to fear for his safety.

47.    On or around April 13, 2010, Plaintiff complained about this incident to Rinaldi but Rinaldi told him that Rizzo was just expressing his opinion and that Rizzo has a right to free speech.

48.    On or around May 3, 2010, in the presence of other co-workers and customers, an employee named Greg was referring to another Muslim employee when he pointed to Plaintiff and said, "he [other Muslim employee] is Muslim like this piece of shit. They eat the shit of cows."

49.    Plaintiff was extremely humiliated in front of his co-workers and customers. When Plaintiff complained about this incident to Rinaldi, Rinaldi stated that it was simply Greg's opinion.

50. On or around May 20, 2010, Bennie, in the presence of Plaintiff, said to customers, "stop lying to the people. They (Arabs] marry two wives." In fact co-workers constantly and derisively make derogatory comments about the permissibility of polygamy in Islam to embarrass and humiliate Plaintiff.

51. In or around February 2011, Bennie was discussing Muslims with his customer in the presence of Plaintiff. The customer said: "How do they marry two wives?" Bennie responded, "they a piece of shit."

52. On or around July 10, 2011, Bennie made derogatory comments about the Muslim Prophet Muhammad. Bennie stated to the effect that the Prophet Muhammad had 12 wives like a soccer team. He then stated, "it's their religion, man" in the presence of Plaintiff.

53. On or around June 25, 2010, Plaintiff learned from a co-worker that supervisor Bruno Badolato had directed all the employees to not to talk to Plaintiff and to isolate him.

54. Defendant's employees are trying to push Plaintiff to resign by isolating him and cutting him off from walk-in customers.

55. On or around July 25, 2010, Bennie said to a customer, "when I get back from vacation, I'm gonna take care of him (referring to Plaintiff]."

56. On or around September 8, 2010, Mr. Badolato harassed and threatened another coworker named Sam to not to talkto Plaintiff. As a result Sam does not talk to Plaintiff in front of other co-workers.

57. Verbal abuse and discriminatory comments against Arabs and Muslim happen on a near daily basis and too many times for Plaintiff to record each incident.

58. Plaintiff has complained to Rinaldi about this conduct over and over again and expressed his fear and humiliation.

7

59.     Rinaldi never took any actions to address the hostile work environment; instead he pressured Plaintiff to drop the charges against Mr. Jani.

60.     Rather than train or discipline his employees, Rinaldi advised Plaintiff on several occasions to tolerate the hostile work environment and not let words get to him. Rinaldi has also told Plaintiff on several occasions that the employees have a right to make abusive comments about Muslims and Arabs directed at Plaintiff in the workplace.

61.     These statements indicate that Rinald is aware of the hostile work environment surrounding Plaintiff, but refuses to take any action against it.

63.     In or around February 2011, a co-worker named Laura told Sam: "Don't talk to him [Plaintiff], he'll take us to the court."

64.     In the end of 2014 Loui, Italian barber, when he was leaving, he stood in front of the Plaintiff and made cross in the air toward my face.

65.     In 2014 Bruno, Italian co-worker saw the Plaintiff praying in the back of the shop, he said: " Shalam alaikom, alaikom, shalami" which is the greeting of Muslim twisted in a mocking way, and started to say that more and more and more when he saw the Plaintiff".

66.     On one occasion around the end of 2014, while the plaintiff cut his customer hair George, Greg held his private part and stood right behind the plaintiff. The customer told Rinaldi what Greg did, but Rinaldi didn't discipline or punish Greg. Which encouraged him to do that in other occasions.

67.     The plaintiff told defendant what Greg did, and instead disciplining Greg he took the plaintiff to the exit cross to the shop, started yelling to the plaintiff and said to him: "If you do anything you will be fired".

8

68.     Rinaldi 'refusal to discipline Greg encouraged Greg to escalate the harassment against Plaintiff, on or around the end of 2014 Greg pushed the plaintiff twice in his chest,

69.     The matter escalated more and more over, until Greg hit the plaintiff in his face, the plaintiff got injured and bled in his face and he got treated at the Hospital, as a result Greg got arrested on or around 2/11/2015, and the court give an order of protection to the plaintiff.

70.     Instead defendant disciplined or punished Greg, Rinaldi reduce the plaintiff workdays to three days, after Rinaldi received a letter from the plaintiff lawyer Mr. (Harold Segal) that the plaintiff should not be punished in retaliation that Greg got arrested. Rinaldi transferred Greg to Unisex Palace.

## Employment in the new Unisex Palace of Staten Island (First Defendant).

71.     The end of 2015, Rinaldi closed the three shops that he has in the mall, and transferred all workers including Greg to huge shop he opened in the same mall, except the plaintiff in retaliation, because the plaintiff called the police and Greg got arrested and Plaintiff press charges against Greg.

72. Rinaldi took no action to terminate or even discipline Greg.

17- Instead, Rinaldi suspended the plaintiff and prevented him from working and collecting income more than two months and informed the plaintiff that he has an order of protection against Greg, and the plaintiff and Greg can't work in the same place.

9

73.     Defendant transferred Greg with other co-workers to the new shop and kept the plaintiff out of work in retaliation that Greg got arrested.

74.     The plaintiff went to court beginning of January 2016, according to Rinaldi demand to drop the order of protection, which the district Attorney refuse to do, and send Rinaldi on 1/6/ 2016 a paper telling him that both(the plaintiff and Greg )can work in the same place, but has to be far from each other but Rinaldi refused to put the plaintiff to work.

75.     The plaintiff kept going to the court back and forth between court and Rinaldi. On 02/25/2016 when Plaintiff told Renaldi that he is the victim and he can't be punished and deprived of his job because he was trying to protect himself Rinaldi repeat the excuses that the plaintiff has the order of protection, and Rinaldi cannot bring him back, blaming Plaintiff that he got the order of protection.

76.     Renaldi keep refusing to bring the plaintiff back to his job until the plaintiff told one of the co- worker that, if Renaldi does not bring him back to job, the plaintiff will sue Rinaldi. Few days later on 3/2/2016 Rinaldi call the plaintiff and put him back to work, the plaintiff ask Rinaldi about the order of protection, Rinaldi answered: "I don't want to hear anything about it".

77.     Since the Plaintiff came back to his job, Greg started harassing him, and started to call him (shaqy), which is bad word in Arabic language, and started to raise his middle hand finger for the plaintiff and caught his sexual origin for the plaintiff many times.

78. Wafa started to spit on the plaintiff whenever she see him.

79.     The plaintiff told Rinaldi what Greg and Wafa do against him, but Rinaldi never disciplined any of them, which caused the work environment more hostility for plaintiffs. but it went very bad, when the order of protection ended on or around March /2017, because Greg's harassment against Plaintiff increased in many occasions Greg caught his sexual origin toward the plaintiff and spit, took pictures and say (Shaqy) to the plaintiff.

80.     Plaintiff told Rinaldi about these incidents, but he never disciplined Greg or Wafa, which encouraged them do that more and more in different occasions.

81.     Greg harassment not just against Plaintiff, it's against Arab NonMuslim. On or around 11/25/2016 Greg fought with Wafa and said: "Go back to your country".

82.     In one occasion around beginning of 2017 Anji( receptionist), gave the plaintiff Afro American customer, While the plaintiff cutting him., Gege(Italian) came to the plaintiff's chair threatened him, he said:" You finish, you done", the plaintiff ask: " Why you say that, what I did for you ?" Gege said: "You don't know me " the plaintiff ask him " what do you mean " Gege kept shouting, the plaintiff said:" Please leave me alone, go to your chair " Maria Italian said to him, "Joe., that's it, leave him this time " Anji saw everything, and she told the plaintiff that she informed Renaldi, but Rinaldi never disciplined Gege for that.

83.     In the summer of 2017, the plaintiff was seating with his friend across to Dunkin' Donuts in the mall, and when Greg was passing with his wife, he grabbed his phone as he wants take picture for the plaintiff and his friend. Then Greg' wife try many times to stop him and she said: "He will call the police" hardly she was able to convince him to leave without take picture for the plaintiff and his friend.

84.     In 2018 was the same bad situation and harassment from Greg increased, he caught him sexually origion, and he raised his middle finger for the plaintiff and say (Shaqy) toward the plaintiff.

85.     Wafa kept spit on the plaintiff once she see him, and Lasar joined them spitting, and cursing the plaintiff, and the receptionist kept skipped the plaintiff when he was next for walking in the list, especially Albanian receptionist.

86.     On 10/11/2019. Greg raised his middle finger for the plaintiff which he informed Rinaldi, Rimaldi denied that this happened.

87.     On 03/24/2019 even other co-worker, started to get annoyed from Greg's harassment and discrimination against Plaintiff, Sam Russian Jewish (a barber) told Rinaldi : "Why Greg do like this for Jimmy( the plaintiff), and he keeps saying shaqy, shaqy, Jimmy didn't do anything for Greg".

88. On 3/27/2019 Loui told the Plaintiff that Alicia don't talk to him because he talked to me. Alicia and other co-workers want to isolate the plaintiff to make the plaintiff resign.

89.    On or around 3/30/2019 Rinaldi saw the plaintiff cleaning the shaving cream machine, he asks the plaintiff: "What are you doing?" The plaintiff said: "You see me, I am cleaning the machine" then Rinaldi said: "What do you mean, explain to me"? The plaintiff then asks him: "Is this need explanation" Rinaldi himself intentionally started harassing and aggravating the plaintiff to increase the hostility of work environment to push the plaintiff to resign.

90. On 03/30/2019 while the plaintiff setting outside, talking to Lorean (Italian manager), Wafa came very close to the plaintiff' face, curse, raised her hand in the plaintiff 'face, and spit. The plaintiff told Rinaldi, he answered: "This didn't happen in my shop" and refused ask or investigate Wafa about the incident and her harassment toward The Plaintiff.

91.    On one occasion in beginning of 2019, while the plaintiff telling Rinaldi what co-workers do against him especially Wafa and Greg, and ask defendant to stopped them from harassing the plaintiff, the plaintiff said " there is a law" Rinaldi said: " There is no law, I make the law".

92.    On 04/5/2019. the plaintiff asks Rinaldi: "did you ask Wafa what has happened? and Rinaldi said: "It didn't happen in my store".

93.    said, " did you ask her why she spit" Rinaldi said, "I can't" the plaintiff said " it's in the camera" Rinaldi said, " the camera record when we not here, in night time, the camera for security,

13

does not record all day long" , the truth is that the camera working all day long, but defendant deny

that camera working because he doesn't want look at the camera, it's evidence against him.

Rinaldi refused intentionally to investigate the incidents or discipline Greg and Wafa and

receptionist that they keep skipped him in the list for walking's and took no action to disciplined

them and let this harassment and discrimination against the plaintiff continued to increase the

hostility of work environment for the plaintiff to push him to resign

94.     On 5/5/2019 Hariss Afro American, complained "they don't pay attention to the list, they

don't follow it, and the receptionist give the walking's to Albanian, their people, and they don't

give me walking's " , he said because I'm black person " he complained to Rinaldi , but nothing

changed.

95.     On 5/24/2019 Wafa spit again on the plaintiff while he was walking in the shop, the

plaintiff told Rinaldi that Wafa keeps spit on him, because Rinaldi never disciplined her again

and again.

96.     On 7/20/2019 Greg said: " Shaqy " to Plaintiff, Sam said:" He will tell Franco that you

didn't do anything to Greg, why Greg keeps saying that to you, everybody hear him even Loui

said what is that" . Sam said:" He will tell Franco that you didn't do anything to Greg, why Greg

keep call you shaqy".

97.     On 7/20/2019 Greg again said to the plaintiff "shaqy", everybody hear him, the plaintiff

told Rinaldi the exact time this happened, and added, the situation with

Greg is the same situation as before in beauty touch (the old shop), if Greg assaulted me again,

Rinaldi will be responsible, and ask defendant to stop Greg and other workers harassing him.

98.     On 09/17/2019 Sam said "Greg throw water on him" he added that he ask Franco to stop

Greg doing that and I told him if he don't stop him, then I will go to my lawyer and ask Tony please

talk to him to stop do that" ,defendant can and he is able to stop these behaviors and harassment from

Greg and other co-workers against us, we keep complaining to Rinaldi, but situation never improved, instead

it's increased.


99.     On 10/11/2019 Greg raised his middle finger to the plaintiff as usual the plaintiff told

Rinaldi, but Rinaldi took no action to discipline Greg.


100.    On 11/9/2019 the plaintiff told Rinaldi that Albanian receptionist skipped him when he next

in the list for walking and gave the walking's for Albanian barbers, and on 11/24/2019 also as usual

the plaintiff told Rinaldi that the receptionist keep skipped the plaintiff in the list for walking's,

Rinaldi answered in vague way, he said:" We work as a family", and then the plaintiff answered:

" I want to be one of this family, why they don't even say hi to me, not even Good morning to me.

The receptionist do that with the plaintiff on daily basis, and when the plaintiff ask them, why they

do that, the excuse is ready, sometimes they don't give clear answer, it's by mistake or we don't see

your name.


101.    On 12/04/2019 Mili, one of the receptionist said: "Greg call for you" she means he call me

shaqy as usual, she said "you have a good heart, and I know he is racisit, and he refused to cut a son

of Moslem woman". The plaintiff then asked: "How do you know she is a Moslem", she said,

"She cover her head ". The plaintiff said: "I keep complaining to Franco that he does that with me", she said: "Keep complaining, but he will never do anything about it".

102. On 12/08/2019. Harris, Afro American barber, Said "Albanian receptionist on desk, Albanian barbers busy, and everybody setting around have nothing to do, because Nothing is going to change". The Albanian receptionist favor their Albanian barbers and hairdressers and keep skipped us, the way exactly Rinaldi do with Italian people, he favors Albanian and Italian workers, the plaintiff told Rinaldi, but nothing changed.

103. On or around 01/5/2020 the plaintiff told Rinaldi that Greg caught his ( sexual organs ) towards the plaintiff, Rinaldi said, " you mean he scratched" the plaintiff answer " no, he caught his sexual origin towards me" , Rinaldi always trying to mis the concept by saying different word than what the plaintiff said. but Greg didn't stop doing that, he did it more and more.

104. On 01/03/2020 Dozy, Albanian receptionist as usual , skipped the plaintiff in the list for walking's three times, she gave the walking's to Loui, when the plaintiff ask her why she did that, she told him, sorry by mistake, three times in a row is not mistake, this happened in daily basis, they are instructed by Rinaldi to do that, to harass and increase the hostility of work for the plaintiff.

105. vOn 01/24/2020 the plaintiff ask Rinaldi "anybody ask for me",he responded , ( Hollywood,...... ). Rinaldi said that few times to the plaintiff front of the co-workers and the customers to humiliate him, he makes fun of the plaintiff and aggravates him, to provoke the

plaintiff to push him to react, to make the plaintiff the wrongdoer, Rinaldi not just didn't discipline them, Rinaldi himself harassing the plaintiff to increase the hostility of work environment to push the Plaintiff to resign .

106.    On or around February 2020. Plaintiff consulted his lawyer, Mr, (Harold segal )about his horrible situation , discrimination, harassment that going on in his job against him, he sent Rinaldi a letter that Rinaldi and his employees have to stop discriminate and harassing the plaintiff, but Rinaldi never contact the plaintiff' lawyer or talked to him to solve the problem, and the situation never improved toward the plaintiff, it's the opposite the hostility and harassment increased against the plaintiff

107.    On 02/23/2020 while the plaintiff talk to one of co-workers (Lee), she said "Franco upset from you, you brought John (Fatmeer) the police" , she mean that he is harrassing and allow the co-workers to harassing the plaintiff giving me hard time because I call John( Fatmeer Jani ) the police and he got arrested.

108.    On or around February 2020 the plaintiff was going to smoke outside, Lazer pass next to him, he curse the Plaintiff, he said: "Arab sharmout".

109.    On 3/10/2020 the plaintiff was going out bathroom Wafa spit on him, and he felt it on his left side, the plaintiff told Rinaldi but no action taken to discipline her, which encouraged her to do it more and more.

110.    On 03/11/2020 Rinaldi stop the plaintiff, he said "He talk to Greg, Greg deny that he caught his sexual organs for the plaintiff " the plaintiff ask him to ask other people whether they saw Greg do that, Rinaldi refused, then the plaintiff told him that Wafa spit on him just yesterday 3/10/2023, Renaldi questioned the plaintiff about that, while they are talking Rinaldi hit the plaintiff' nose in his finger, Rinaldi tried again to hit the plaintiff, but the plaintiff succeeded to avoid his second hit, this was Rinaldi response to the plaintiff complaint regarding Wafa and Greg

harassment, finally

Rinaldi asked the plaintiff to go to his former lawyer, instead he contact the plaintiffs'

lawyer Mr.Harold Segal, Which already he send Rinaldi a letter on February 2020, asking him and

his employees to stop discriminate and harassing the plaintiff, and to contact him to solve the

problem, but Rinaldi never did, he insisting in continuing harassing, and discriminating against the

plaintiff to increase the hostility of work environment for the plaintiff to pressure him to resign.

111.    On 7/6/2020 In July when Franco open the shop. After COVID-19., he call all his Italian

people and Albanian to come for work, but not the plaintiff, also he didn't call Sam, Sam knew

from Loui (Italian), then he told the plaintiff, but Renaldi never told the plaintiff or invited him to

come to work when he open the shop, also Rinaldi didn't call or invited Hariss ( Afro American

barber), he never call him to tell him that the shop open after COVID-19 pandemic, Rinaldi

favors his Italian people.

112.    On 10/09/2020 the plaintiff talks to Ronaldi that they took his name off the list, and the

receptionist don't give him walkings, and even they do that in daily basis. But the situation still

the same deprivation of walkings and harassment daily.

113.    On 11/6/2020 In election day, one of my co-worker said to Plaintiff: "Don't talk

about election, with Vini, Greg, Tony Marino",

114.    On 11/7/2020 the plaintiff told Rinaldi that Greg caught his sexual organs for him, Rinaldi

got made and started argument with the plaintiff, Rinaldi never discipline Greg, therefore, Greg did

it in different occasions.

115.    On 11/7/2020 Rinaldi stop the plaintiff working in retaliation, when the plaintiff told him

that Rinaldi hit the plaintiff twice before. Renaldi ask the plaintiff for the names of co-workers seen

Renaldi hit the plaintiff, when the plaintiff refused to tell Rinaldi the names of the co-workers seen

Rinaldi hit the plaintiff, Rinaldi said to the plaintiff " how about this, before you come to work next

week, I wanna speak to those people, and u can't come to work until we speak to those people all together ".

116. On 11/10/2020 Tuesday Ronaldi came back to the plaintiff and questioning the plaintiff again about the hit by Rinaldi against the plaintiff, Rinaldi intentionally hit the plaintiff twice and retaliated against him when the plaintiff refused to to provide Ronaldi the witnesses name, Rinaldi and his employees continued to harassing the plaintiff and made the environment more hostile for the plaintiff.

117. On or around 2020 while the plaintiff talking to Rinaldi that Greg call him: " Shaqy" Rinaldi said :" it's between you and Greg it's not my business", the plaintiff replied said "we work in the same place, It's your place", Rinaldi refused to discipline Greg or solve the problem intentionally, which make Greg, Wafa, Lazar and Brono's harassment increased against the plaintiff more and more over, which caused the work environment more hostile for the plaintiff.

118. On 11/10/2020 Sam advise the plaintiff not to complain to Rinaldi, Sam ask me: "Did Franco talk to you? " the plaintiff said," Yes I talk to him about Greg and " Sam said you better don't talk and " I said" "Franco do nothing " and Sam said: " better don't talk, since boss like Greg don't like him., and he will kick him out". Sam said that because he knows everything happed in the shop when I am not there, he listens to everything they said, and hear it, therefore, he advised me not to complain to Rinaldi.

119. On 01/08/2021 Brono said to the plaintiff about Sam, " this is your brother " the plaintiff said, " why this bother you because sam Jowish and I am Arab " Brono didn't answer, Bruno who said to the plaintiff " shalam alaikom, alaikom shalami " when the plaintiff was praying in the back of beauty touch, ( referencing Plantiff's religious practice). and he kept saying that when he sees the plaintiff after that time.

21

120.    On 3/20/21 the plaintiff talks to Renaldi that Ory said to him" Stupid" he blame the plaintiff and said, "you have to tell me the same day".

121.    On 3/21/21 Sam said to the plaintiff: "Here three people they don't like, Arabic, Jewish and black people", Sam said that because he seen what they do with the plaintiffs and him and Afro-American customers by refusing to cut their hair.

122.    On 16/21 the Plaintiff ask Sam: "This people, they don't do Afro customers, Why?",and Sam said "racism, discrimination".

123.    On 04/01/21. Sam said. "This oh shop, no walking's just for Italians and Albanian, you do excellent job, he should give you, If he give you this business will be up "the plaintiff said: " He don't give me " .

124.    On 8/14/21. Sam said: "that Greg Said, about the plaintiff "Shaqy busy" , the plaintiff ask when he said that, Sam said, " yesterday you were busy, he said, "shaqy busy" . Greg keep saying that to the plaintiff which he told Rinaldi, but Rinaldi never do anything about it.

125. On 9/18/ 21 Sam seen the plaintiff setting, doing nothing he said "no walking's for you, just Afro American", and Sam said that because Rinaldi favors his Italian and Albanian workers, he doesn't give the plaintiff walking's unless he has no choice(all barbers are busy, or undesired walking came or no other barber want to do him, like Afro American customers or dirty customer, or very hard job, no other barber accept to do him, like what happened when no barber accept to do Afro American kid, he left with his mother the shop after every other barber refused to do him, the plaintiff was busy, he followed them outside the shop, he bought them back, and he cut the kid hair after he finished his customer.

126. On 9/24/21 Jaon Lee, a korian hairdresser was setting the whole day, I said: "You are very slow, you setting whole day, usually you busy", she said, "My customers didn't come in". The plaintiff replied "put your name on the list". Then she said: " It's too much you know here is out of control, you know, Franco give walkings to his people, If you don't have your own customers, It's problem, walking customers for Italian people" I said "you right, you know everything", and she said, " this is not fair, you have to be Italian", the plaintiff said : "You very smart, you have to be Italian", she said, " f you Italian they take care of you" and she laugh, " the plaintiff said you right". That because Rinaldi favors his people and discriminated over us, he give them the walking and we have to wait until our customers come, otherwise we set down even it takes hours, this affect our income and cause us frustration, and increased the hostility of work environment,

127. On 9/26/21 while the plaintiff getting paid on desk, usually when somebody get paid has to be alone on desk, this is the rule, Lazar came to the desk, the plaintiff said:" Excuse me, I am getting paid, I need privacy here". Lazer refused to leave the desk, and he stayed there, Laser said: " If you need privacy go to bathroom " Lazer keep harassing the plaintiff, cursing, spitting, on the plaintiff in different occasions, and the plaintiff keep telling Rinaldi, but Lazer never stop.

128. Rinaldi was aware about Laser and other co-workers harassment against the plaintiff, but he never disciplined them, even more, in one occasion when Laser cursed the plaintiff, little later, Rinaldi ask the plaintiff: "Did Laser said anything for you? even the plaintiff didn't complain to Renaldi, but Rinaldi knew Lazer cursed plaintiff even the plaintiff didn't complain to him.

129.    On 10/01/21 Brono once he saw me, he said (hey in my face and laugh in nasty way), I said" Are you ok? Brono you ok?" and he didn't answer, just he conveyed the massage he want to me.

130.    on 10/8/21 Rinaldi took four of plants'a customers, he gave them to Italian barbers( Joseph, Brono, Tony), this what he does usually, Rinaldi don't give me walkings and took my customers to other barbers to make me lose them, to push me to resign.

 on 12/11/21 Loui said: "Greg stop talk to me because I talk to you", they punished Loui because he talk to the plaintiff, they ask other co-workers to stop talk to the plaintiff to isolate him, to make him resign.

131.    The plaintiff used other barbers shaving cream machine, the plaintiff ask Rinaldi for years to bring him machine like other barbers, Rinaldi used to make fun of the plaintiff when he ask for machine saying " on holiday, when is the holiday" but he never brought it him machine, finally on around 2019 he brought used machine to the plaintiff which keeps get break and stop working , on or around 12/14/ 21 Rinaldi brought Louis and rob ( Italian) new shaving cream machines, even their machines working, but not the plaintiff, even the plaintiff's machine is not working and used other barber's machines.

132.    On 12/15/21. After COVID-19 pandemic, Hariss (Afro American barber) told me that Rimaldi told him ": Don't come back", Rinaldi informed worker that the shop is open, but he didn't tell the plaintiff, Sam and Harris.

133.    On 12/16/21 Loui ( Italian) Caught the plaintiff' hand , and said "speak English speak English" , he added said "When you pass this station speak English, you understand English" plantiff said: " When You speak Italian with your people doesn't bother me" , all workers speak their own language with each other, (Italian, Russian, Albanian, Spanish), but it bother them when they hear Arabic language.

24

134.    On 1/15/22 Sam complained to defendant that Greg was searching Sam 'station, and he told defendant that Greg told Sam 'customer "why you go to Sam, he is Jewish's' customer responded , " I am Jewish too" , Sam ask defendant, " why he doesn't like Jewish, this is not nice " put the harassment and like this behavior against Sam never stop.

135.    On 02/13/22 -the plaintiff talked to Renaldi that receptionist very rare give him walkings, the plaintiff complained to Rinaldi many times about this situation, Rinaldi replied that it's an accusation, and the situation got worse and worse and nothing change, and the hostility of the work environment increased.

136.    on 3/8/22 Fatmeer Jani ( John) the co-worker used to work with us in the other shop, who assaulted me and got arrested, and used to make comments against Arab people that they Mary two wife, marry first cousin, he came to our shop, he incite the other co-workers , not to talk to the plaintiff, he ask Joseph, but Joseph refused and told Fatmeer that the Plaintiff " he is a good nice guy, why I shouldn't talk to him" . Fatmeer is not working with us, he is not an employee for years in our shop.

why he come our salon to harass plaintiff.

137.    On 4/20/22 the plaintiff told Franco that Fatmeer (John) came incited the co-workers not to talk to the plaintiff and Greg spit on plaintiff while he was going out in the exit and said "piece a shit". Rinaldi said: "Jim, you come to me telling me that Greg and John do that? Why you don't tell me same day, So I can address it", the plaintiff said, "nothing going to change".

Rinaldi said: "Do you think I am going to change John, Joseph and Anthony? I'm not goanna change anybody, I'm here to work, I am here to work " , the plaintiff said, " you can straight their behavior in your business, outside is not your business, but inside the business you have to make them behave " Rinaldi said, " i can't make anybody behave, but I can address it, and I will address it, if we discuss all

three people that together". Rinaldi said, he will address it, if all of us talk together, why? he can't address it by talking to each one of them, he is the boss and he has the authority to address that with them individually, and he can stop their harassment against the plaintiff, but his intention is to keep to harassment not to stop it.

138.    As a result on 6/4/22 Fatmeer came to the salon he talked to co-workers, then he came to Plaintiff's section, said to Jozef again, " Why you talk him ( the plaintiff), Jozef answered "Why not to talk to him " the Plaintiff told Rinaldi that Fatmeer on 4/20/22 came to the shop incited the co-workers against him, the same happened on 5/13/22 he came again to incite them against the plaintiff, Fatmeer talk to Joseph and ask Joseph Why you talk to the plaintiff. Joseph told him, why I shouldn't talk to him. Nothing changed, the plaintiff keeps telling Rinaldi that Fatmeer incite the co -workers against the plaintiff but nothing changed. If Rinaldi stoped Fatmeer First time did that, he will not do it again.

139.    Rinaldi insists constantly, and intentionally to escalate the harassment against the plaintiff, to isolate him, to make the work environment worst for the plaintiff, to achieve his goal to make the plaintiff quit.

140.    On 8/26/22 the plaintiff was in dollar store in the mall while Lazer was passing, once Lazer seen the plaintiff he looks at the plaintiff and spit.

141.    On 9/9/22 Greg was passing in the salon he looked at plaintiff and raised his hand for him, in his left hand, and made remarks.

142.    On 11/19/22 While plaintiff getting paid from Maria, Rinaldi started argument yelling to plaintiff then he started raise his hand, the plaintiff felt he will hit him, as Rinaldi did before, the plaintiff told him come down , don't get angry, Rinaldi said come out side, come out side, the plaintiff left to avoid any escalation, he said don't come tomorrow.

143.    Rinaldi increased the harassment through his employees, the receptionist didn't give me walkings except when they have no choice ( undesired walking by the other barbers came) , and the coworkers avoid talking to plaintiff, Sam he told plaintiff on 11/23/22 " Franco don't give you walking, I see you do just your customers, Franco give you when there is no choice ( Afro American or Hard kid, dirty guy)" , Sam said, "Franco look at me I talk to you, he don't like it, he will punish me, he will do very bad for me, he will not give me customers ", the co-workers scare even to talk to plaintiff, while the plaintiff and Sam talking on 12/20/22 Rinaldi look at them, Sam got scare , he ran away, he said, "we talk later" , this is how Rinaldi dealed with plaintiff, Rinaldi made even my co-workers scare to talk to plaintiff to isolate him, to push him to resign.

144.    On 12/ 29/22 Sam said: "if I am boss your number one, you good barber, why Franco do like this for me and you,              this guy never forget, Sam said, " you win 1-0, of course you went to court, you still work here you win " plaintiff said, " I got nothing, he make me lose my customers " Sam said, " I know " .

145- Rinaldi retaliated against the plaintiff, because Greg assaulted the plaintiff in February 2015, and Greg got arrested, he discharged the plaintiff, he should discipline Greg, not the plaintiff, and if somebody should be discharged, has to be Greg, Rinaldi never forget, he kept retaliated against the plaintiff, it's continuous retaliation, harassment, discrimination and assaults, Rinaldi kept increased the harrasment until he makes the work environment very hostile for the plaintiff to push him to resign.

146.The receptionist kept skipped the plaintiff in daily basis, on 01/13/2023 valanteena agree she

wanna give the plaintiff walking because no choice (undesired walking came)

147.	On 1/13/23 Aron Korian barber said. " even I am next, they don't give me walking" , i said " because you not Italian" , Aron said, "I know, I know " , i said Franco has his favorite" Aron said, " I know " he add, " just I do my own customers, he don't give me walkings", defendant favored his people, Italian and Albanian.

148.	On 2/25/23 Fatmir Jani( john ) came to our shop, make around show off, to show the plaintiff he is here, to convey his massages from Rinaldi to scare him, if defendant want to Improve the environment in the shop, he can and he is able to do that, put purposefully, he let Fatmeer to come to the shop, to harass the Plaintiff to make the environment more hostile for plaintiff, especially plaintiff talked to Rinaldi that Fatmeer incite the co-workers against him.

149.	2/26/2023 defendant brought plaintiff his customer when he was about to talk in in phone, he came very close to plaintiff and Rinaldi pushed his head very close to plaintiff shoulder, Rimaldi want to listen to plaintiff call, the purpose for that to harass plaintiff, plaintiff didn't react at all, he make himself doesn't see anything, because once he talk, Rinaldi will started long argument, sometimes his argument last for more than one hour, therefore the plaintiff started to avoid him even not to complain to him about some incident happen against the plaintiff from other co-workers like Greg, Wafa, Laser, Bruno or Fatmeer when he started to come to harass me in the shop.

150.	On other occasion one time, time plaintiff was washing his hand, when he finish, he turned himself, he found Rinaldi exactly behind him, like what happened when plaintiff was washing his hand and Mona came she started talk to him, Rinaldi came took the plaintiff to other room, started questioning him what was

the conversation between Mona and the plaintiff about, the purpose of this behavior by Renaldi to harass the plaintiff and make makes him react, to make him the wrongdoer, and increase the hostility for the plaintiff on the shop, to make him resign.

151.    on 3/25/23 Fatmeer(John) came to the shop again, even the plaintiff told Renaldi in many other occasions that Fatmeer come to the shop incites the workers against him, Fatmeer keeps coming to the shop, if Renaldi really want stop him he can, but Rinaldi see that affected the plaintiff, he like it, if he doesn't, he will stop him from coming to the shop to do that, or at least stop him from inciting the other co-workers against him, Rinaldi purposely do that to increase the harassment and the work hostility environment for the plaintiff.

152.    On 3/31/23 Rinaldi saw the plaintiff talk to Joseph, and few minutes later, the plaintiff saw Rinaldi talk to Joseph and look at the plaintiff. Later,the plaintiff ask Joseph: " What Franco said to you? don't talk to Jimmy?" Joseph didn't answer the plaintiff. The plaintiff seen that happened more than one time with Joseph, and notice how other co-workers try to avoid talking to him, like Sam and Triny, even he has good relationships with him as friends, Rinaldi don't like the co-workers talk to the plaintiff, to isolate him, to make him feel he is not welcome in the shop, to increase the harassment to make environment more hostile for the plaintiff, to push him quit.

153.    Rinaldi realized that the hostility of work environment and discrimination in deprived the plaintiff from walkings not enough to make him quit his job, he increases his harassment, on 4/1/23 when he brought him his customer, he look at the plaintiff in very weird  and nasty way and laugh in my face very bad way scary way try to scare the plaintiff, there was no reason or justification for him to do that, same thing Renaldi did on 4/8/23 when plaintiff was walking toward his station he came to him, he laughed in his face loudly in

scary way , he try to scare the plaintiff again, without any reason or justification, lately he act with the plaintiff very viciously.

154.    On 4/2/23 when the plaintiff was setting on his chair, Rinaldi came and said to the plaintiff: "If you don't mind keep setting on this chair. I don't mind too "he means that if the plaintiff set down all day long, he will not get a customer, all this harassment, and deprivation of customers increased the hostility for the plaintiff to forced me to quit.

155.    On 4/15/23 The plaintiff was going into the mall, defendant followed him to the store, where he was going to, the plaintiff said: "Why you followed me and " Rinaldi said:" I want to give you customer". It's impossible his goal to give the plaintiff a customers, he can simply call the plaintiff to come back, usually the plaintiff waited hours Rinaldi doesn't give customers, meanwhile he give his Italian people, Albanian and his favorite ones, Rinaldi goal is to harassing the plaintiff to increase the hostility for him.

156.    On 5/27/23 Fatmeer came to the shop (our salon), when he was going out of the shop, he came very close to the plaintiff, he was about to hit the plaintiff when he was passing. Fatmeer trying to say that I am here, Fatmeer harassment increased to make the environment of work more hostile for the plaintiff.

157.    On 6/6/23 Sam complaint as usual, Defendant and receptionist don't give him walking's, he said:" Everything from Franco ", he meant that Franco caused this harassment and hostility,

158.    On 6/15/23 while Ermine cutting his customer, Ermine said to his customer loudly: "Even the prophet has 12 wives, and he is Arab like him", then the customer laughed.

159.    On 6/16/23 Loui, Italian retired barber, the plaintiff considered him a friend, came to the shop, he meant to show the plaintiff himself, he looked bad look at the plaintiff

31

while he shake hand with Joseph, and he didn't say anything to the plaintiff, not even Hi, and he talk to Jozef and other co-workers, but not the plaintiff which is very weird, this was the second time Loui come to the shop after he retired, and he does the same thing like previous time. These are massages from Rinaldi, the same massages Fatmeer conveyed to the plaintiff.

160.    On 6/22/23 Aimy Italian shampoo lady said to me: "Jimmy you still work, you will be dead horse, you know the trick, the plaintiff said: "I know all the tricks, especially the big trick in this shop"

and he said: " you know all the games they play with me, especially your boss " Amy said: "Don't get upset, You na gana win believe me and she said: "You no gana win " . The plaintiff said: Why?", she said, " You na going win, you na gana win" and the plaintiff said: You never know " she said, " you will be dead horse, you will be dead horse" the plaintiff ask :" Do you think so?". Then she said "you na gana win, you will be dead horse" the plaintiff said: "Why he going to shot me?". It's not enough all his discrimination and harassment and hostility, and he threatens the plaintiff too.

161.    On 7/1/23 Fatmeer jany came, he was presented here for the last four months he is here almost every Saturday, since the plaintiff complain to Franco that Fatmeer incited the other worker against him, he started to come to the salon almost every Saturday, Whatever increase the harassment and make the work environment bad for the plaintiff ,Rinaldi will do it,

162.    On 7/23/2023 The plaintiff was walking going outside the shop, Greg was going into the shop, and he looks at plaintiff and said "Arab people garbage, asshole'. I know Greg will never stop, the way Sam said, "Greg never stop, when he dies, he stop".

163. On 7/15/23 Fatmeer jany (John) came today and talk to other co-workers, he makes show, then he left, he is not working with us, since the plaintiff told Franco that Fatmeer come incite other co-workers against the plaintiff, almost every Saturday he come to make that show.

32

164.    On 8/9/23. The plaintiff was coming to the mall. Wafa was driving going home, she spit on the plaintiff, he didn't even tell defendant, because he will say this didn't happen in my store. what about when she did it many times in his store.

165.    Since February 2024 the plaintiff didn't see Fatmeer, but he started to appear in march 2025 after Rinaldi received the plaintiff' charge number 520-2025-01300, that the plaintiff filed in EEOC, he came to the plaza where the plaintiff work currently, after the plaintiff finished his job he found Fatmeer setting in his car parked his car exactly next to the plaintiff' car in the parking lot and he is setting in his car, this was not accidentally, it was intentionally, the parking lot is big, he can parked it in different location, but he meant to parked it next to the plaintiff' car, to scare and telling him that Fatmeer here, in retaliation for the plaintiff filing the charge in EEOC against defendant, after that the plaintiff started to see Fatmeer and his car in the lot more and more, he want to get the plaintiff attention that he is here, to scare and warning the plaintiff that don't go further in the EEOC charge against the defendants.

166.    On 8/25/23 today nobody respond when I said good morning, they look bad at me, they don't give me any customer, meanwhile everybody busy except me and Aron the korian guy ( Aron), for the last year most of the times nobody responded when I say good morning, this is happening a lot lately.

167.    On 8/26/23. Plaintiff was outside, The shop call me., they ask if I am available.I said: "Yes"when came, I found Albanian guy used to be my customer long time ago and he is a friend of Fatmeer Jani, I said ok, come in, he said, "come here and let me talk to you", and I said: " Yes", he said:" I have been calling so many times you don't getting back to me" in nasty scary way he said that in bad manner listen listen, if somebody call, pick it up, say somethingi was calling to leave a message to come to you" he ask what day you here " I told him, but he never come back. He pretend that he come as a customer, when he talk to me, he go back and forth cross to our shop'

33

defendant was setting, the Albanian guy was shaking his head up and down, front of the desk and come back talk to me, he did it couple times, actually he wasn't looking to get haircut at all , the reason he came to conveyed threatening from defendant and brought the plaintiff massages from defendant.

168.     On 12/9/23 the plaintiff told the desk receptionist ( Claudia) and Renaldi nephew ( Joseph), that he will be back in 20 minutes, after one minute, Joseph call, telling the plaintiff that a walking in his chair, after the plaintiff replied I am coming back, Joseph laughed, the plaintiff found the customer is Afro American, which always are welcome by him, the plaintiff notice that most of barbers are setting and they available, they brought the plaintiff back because as usual, other barbers refuse to do Afro American, unfortunately Afro American are not welcome in this shop by other barbers even they are qualified to do them, because of that, defendant and his receptionist keep them

 for the plaintiff, which one day he followed Afro American lady and her son outside the shop to bring her back and cut her son' hair after the receptionist ( Maria), left them leave the shop because other barbers refused to do them, even they qualified to do him and they were available, this happen frequent, like what happened on 12/15/2023 when Maria brought me an Afro customer.

169.     On 12/30/23 Fatmeer Jany came made a lot of noise to make me hear he is her as usual, he never stops coming, Rinaldi can stop him, but no interest in stop him coming.

170.     On 1/13/24 as usual Saturday evening, Fatmeer (John) came shouting, he made some noise to get the plaintiff's attention that he is here, he said to Jozef hi and talked to him. Ofcourse defendant brought him to make show off to scare plaintiff because I complained about that he is inciting the people against me, to increase the harassment, and to make the work environment more hostile for me,

171.    On around January 2024 the plaintiff was smoking outside, one lady work in the mall came out for smoking, she said, " good morning " The plaintiff responded " good morning" , Greg was there, he look at him bad look, turning his head right and left and said, " Arab people, piece a shit".

172.    On 01/23/24 I was cutting my customer and Andra said:"JJ call, the plaintiff answered, he asked him right away: " Did you call cups?" and the plaintiff answered "no". then he hang up, and went to Andra, I ask her:" Can you give me last call number?", she said: "I can't find that" I said, " it's easy, Just last call" and she Said:" I can't" I ask her " what he said, she said: "Can I talk to JAMIL?"

173.    On 2/4/2024 while I was smoking outside the shop, the plaintiff got a call from our shop, immediately, he went back to the shop within seconds, once he stepped in the shop, Rinaldi came in aggressive way, his hands are raised , he came fast, he want to

scare the plaintiff, Rinaldi's body hit plaitiff, and he squeezed his left hand in Rinaldi' right hand and he did some movement in his legs to scare the plaintiff, this is the third time Rimaldi hit the plaintiff, he push him twice in March 2020, then he hit his nose, finally he hit the plaintiff for the third time on 2/4/2024, the plaintiff called police, which they came to the shop, the plaintiff got scare about his life and safety, Rinaldi made the environment very hostile for the plaintiff in the shops, discrimination, harassment, retaliation increased to escalate to assault on 2/4/2024, the plaintiff was forced not to go back to his job, after he became believe that his life and safety at risk if he go back to the shop.

174.    On 11/16/24 the plaintiff saw Bruno in Richmond Bagel and Deli at 51 Richmond Hill Raod, once Brono saw the plaintiff Brono said: "You never change", the plaintiff didn't answer him and left the store.

175. Since February 2024 the plaintiff didn't see Fatmeer but Fatmeer started to appear on or around March 2025. After Rinaldi received the plaintiff' EEOC charge number 520-2025-01300 that the plaintiff filed in EEOC. Fatmeer came to the plaza where the plaintiff work currently, after the plaintiff finished his job, he found Fatmeer seating in his car, parked his car exactly next to the plaintiff' car in the parking lot and he is setting in his car, this was not accidentally, it was intentionally. The parking lot is big,so he can parked it in different location, but he meant to parked it next to the plaintiff' car, to scare him and telling him that Fatmeer here, in re.taliation for the plaintiff filing the charge in EEOC against defendant, after that the plaintiff started noticing Fatmeer and his car in the lot more and more, and he want to get the plaintiff attention that he is here, in order to scare him and warning the plaintiff that don't go further in the EEOC charge against the defendant.

## AS AND FOR A FIRST CAUSE OF ACTION

### EMPLOYMENT DISCRIMINATION

176.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs 1 through 175 of this complaint.

177.    Defendants discriminated against Plaintiff in the terms and conditions of his employment on the basis of his race, religion, ethnicity and/or national origin.

178.    Defendant lacked any business reason or justification for their aforesaid adverse employment action against Plaintiff.

179. Defendant's conduct violates Title VII of the Civil Rights Act of 1964, 42 U.S.C. §

2000e, as amended, N.Y. Exec. Law § 296(a) and the Administrative Code of the City of New York §§ 8-107 et seq.

180.    Defendants conduct directly and proximately caused Plaintiff to suffer and continue suffering from mental anguish including emotional distress, humiliation, fear, anxiety and embarrassment.

AS AND FOR A SECOND CAUSE OF ACTION

HOSTILE WORK ENVIRONMENT

181.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs 1 through 175 of this complaint.

182.    Defendant's employees constantly and consistently made discriminatory, derogatory and threatening comments against Plaintiff based on his race, religion and ethnicity.

183.    Defendant's employees made these virulent comments openly in front of other employees and customers.

184.    Defendants were aware of the hostile and abusive work environment but took no action to train or discipline employees.

185. The series of continuous incidents sufficiently altered the Plaintiff's work environment.

186.    Defendant's conduct directly and proximately caused Plaintiff to suffer and continue suffering from mental anguish including emotional distress, humiliation, fear, anxiety and embarrassment.

**AS AND FOR A THIRD CAUSE OF ACTION**

**DISPARATE TREATMENT**

187.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs 1 through 175 of this complaint.

38

188.    Defendants intentionally and willfully treated Plaintiff less favorably than other similarly situated employees on account of his race, religion, ethnicity and/or national origin in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, N.Y. Exec. Law § 296(a) and N.Y.C. Admin. Code § 8-107(a).

189.    Defendant took no action when Plaintiff repeatedly complained about a hostile work environment and intentionally harassed the plaintiff to increase the hostility.

190.    However, when Plaintiff was assaulted in the workplace by Mr. Fatmir Jani, Defendants suspended Plaintiff for a week and transferred him to another location while taking no action against the assailant. Also when Rinaldi opened the new Unisex Palace of Staten Island (First Defendant) in the same mall all employees were transferred to the new Unisex Palace except Plaintiff in retaliation that Greg got arrested, and plaintiff was discharged on December 31st, 2015 by Rinaldi in retaliation of Greg's arrest.

191.    Defendants lacked any business reason or justification for their aforesaid disparate treatment of Plaintiff and instead subjected Plaintiff to the above-described treatment based on Plaintiff's race, religion, ethnicity and/or national origin.

192.    Defendants conduct directly and proximately caused Plaintiff to suffer and continue suffering from loss of income, mental anguish including emotional distress, humiliation, fear, anxiety and embarrassment.

## AS AND FOR A FOURTH CAUSE OF ACTION

### RETALIATION

193.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs 1 through 175 of this complaint.

194.    Defendants retaliated against Plaintiff for having complained of religious discrimination in

the terms and conditions of employment in violation of Title VII of the Civil Rights Act of

1964, 42

U.S.C. § 2000-3, N.Y. Exec. Law § 296(7) and N.Y.C. Admin. Code § 8-107(7).

195.    Plaintiff filed charges for assault against Mr. Fatmir Jan on or around May 9, 2009 and

also Plaintiff filed the charges for assault against Greg on or around February 11 2015

196.    With the intent to retaliate against Plaintiff for pressing charges against Fatmeer,

Defendants punished Plaintiff by suspending him one week without pay and transferring

him to another location. Defendants also pressured Plaintiff to drop the charges and

allowed co- workers to threaten and harass Plaintiff to drop the charges.

197.    With the intent to retaliate against Plaintiff for pressing charges against Greg,

the defendants discharged him from his job, Rinaldi did everything to keep the

plaintiff discharged, even he didn't accept a letter from the district attorney that the

plaintiff and Greg can work together in the same place Defendants punished Plaintiff

by discharging him.


198.    Defendants conduct directly and proximately caused Plaintiff to suffer and continue

suffering a loss of income and mental anguish including emotional distress, humiliation, fear,

anxiety and embarrassment.


## AS AND FOR A FIFTH CAUSE OF ACTION

### NEGLIGENCE

199.    Plaintiff repeats and reiterates each and every allegation contained in

paragraphs 1 through 175 of this complaint.

40

200.    Defendants had a duty to protect Plaintiff from foreseeable harm caused

by intentional conducts by other co-workers.

201. Defendants breached this duty when they failed to protect Plaintiff from assault by

Mr. Fatmir Jani and by assault from Greg, and he failed again when he breached his duty when he failed to protect the plaintiff from assault by Greg.

202. Defendants were aware that Mr. Jani had violent propensities and was mentally unstable. Defendants were also aware that Mr. Jani had made threats of physical

violence against Plaintiff. The Defendant was also aware that Mr. Greg had violent

propensities.

203.    As a direct and proximate result of Defendants' breach, Plaintiff was assaulted

with scissors by Mr. Jani and suffered physical injury, emotional distress, discomfort,

fear, anxiety and humiliation.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing allegations, Plaintiff respectfully requests this Court to

grant the following relief:

a    Award Plaintiff any and all earnings he would have received but for Defendant's

discriminatory treatment, including but not limited to back pay for the week that Plaintiff

was suspended from work and for the two month when Rinaldi discharged the plaintiff

on December 31st , 2015  Defendant from working after Rinaldi closed Beauty Touch at

the end of 2015 pursuant to 42 U.S.C. § 2000e-5(g)(1); N.Y. Exec.

Law § 297(4)(c)(ji); N. Y.C. Admin. Code § 8-120(a);

b.    Award Plaintiff a judgment for compensatory damages against Defendant to further

compensate Plaintiff for the damages and loss that he has sustained as a result of the

acts and conduct of Defendant, including damages for mental anguish, emotional distress,

fear, anxiety, humiliation and embarrassment in an amount that is fair, just, and reasonable, to

be determined at trial, as provided in 42 U.S.C. § 2000e-5, New York Executive Law §

297(4)(c)(in), N.Y.C. Admin. Code § 8-502

c. Award Plaintiff such punitive damages for the wrongful conduct of Defendant as the trier of facts determines is just and proper under 42 U.S.C. § 2000e-5 and N.Y.C. Admin. Code § 8- 502(a);

d. Award Plaintiff any and all costs, including expert fees, attorneys' fees under 42 U.S.C. § 2000e-5(k), N.Y.C. Admin. Code § 8-502(f);

e. Award Plaintiff such other relief as may be necessary and proper and to which he is otherwise entitled pursuant toTitle VII, 42 U.S.C. § 2000e et seq., as amended; and retaliation prohibited by law;

f. Award Plaintiff all such other and further relief as the Court deems appropriate

I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

September 15, 2025

Respectfully Submitted

Jamil Jabji

763 Armstrong Avenue, FL 2

Staten Island, NY 10308

646 226 0479

jamiljabji@gmail.com

# LEVY, M.J.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov



## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/27/2025

**To:** Mr. Jamil K. Jabji
763 Armstrong Ave
STATEN ISLAND, NY 10308
Charge No: 520-2025-01300

EEOC Representative and email:  RICHARD MCCRAE
Investigator
richard.mccrae@eeoc.gov

SEP 15 2025

PRO SE OFFICE

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 520-2025-01300.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
05/27/2025

Arlean Nieto
Acting District Director



# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2025-01300 to the

District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2025-01300 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.